```
MCGREGOR W. SCOTT
United States Attorney
S. Robert Tice-Raskin
Assistant U.S. Attorney
ANTHONY D. STORM
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-0041 KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S PETITION FOR |
| ) | PROBATION REVOCATION AND |
| v. ) | ORDER |
| ) | |
| EDWARD RAHE KENDRICK, ) | DATE:  June 19, 2008 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| ) | |

On April 5, 2007, the defendant pled guilty, pursuant to a plea agreement, to an Information charging him with Driving When Privilege Suspended and Revoked for Failure to Appear, in violation of Title 18, United States Code, Section 13 and California Vehicle Code Section 14601.1(a).  The defendant was given the following sentence by United States Magistrate Judge Kimberly J. Mueller: The defendant shall serve a two-year term of court probation, to terminate upon fulfillment of the following conditions:

    1.    The defendant shall pay a $500.00 fine, the first payment due within sixty (60) days.  The defendant shall make monthly payments, in the amount of $25.00,

1                by the first day of each month;
2      2.      Pursuant to Title 18, United States Code, Section
3                3563(b)(10), the defendant shall be committed to the
4                custody of the Bureau of Prisons for five (5) days
5                commencing on or before May 3, 2007 at 12:00 p.m.  The
6                defendant shall contact the Bureau of Prisons at (916)
7                930-2010 and surrender to the institution designated
8                by the Bureau of Prisons.
9      3.      The defendant shall pay a $10.00 special assessment.
10     4.      The defendant shall not commit another federal, state,
11               or local crime;
12     5.      The defendant shall notify the U.S. Attorney's Office
13               within seventy-two hours of being arrested; and
14     6.      The defendant shall notify the U.S. Attorney's Office
15               ten days prior to any change in residence.
16     The United States alleges that the defendant has violated these
17 conditions as follows:
18      1.      The defendant has failed to make monthly payments
19               toward the imposed fine and special assessment.  On
20               June 1, 2007, the defendant paid the $10 special
21               assessment and $15 towards the fine.  No payments were
22               remitted for July, August, and September.  In October
23               the defendant paid $25 towards the fine.  No further
24               payments have been remitted for November, December,
25               January, February, March, April or May.  The defendant
26               has not remitted any payments since October 2007, and
27               has paid only $40 of the $500 fine, leaving a balance
28               of $460; and

1      2.    The defendant was cited on December 5, 2007, and convicted on March 10, 2008, of California Vehicle Code 21453(a) - circular red or red arrow violation.

The United States therefore petitions the Court to place this matter on its calendar for 10:00 a.m. on June 5, 2008, to allow the defendant to show cause why the probation granted on April 5, 2007, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May 21, 2008                Respectfully submitted,

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                            By:  /s/ S. Robert Tice-Raskin
                                S. Robert Tice-Raskin
                                Assistant U.S. Attorney

///

///

## ORDER

It is Hereby Ordered that the defendant appear on June 19, 2008, at 10:00 a.m., to show cause why the probation granted on April 5, 2007, should not be revoked.

IT IS SO ORDERED.

Dated: May 29, 2008.

                                      U.S. MAGISTRATE JUDGE