1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    MICHAEL PETRIK, Jr., #177913
     Staff Attorney
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     EDWARD RAHE KENDRICK

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,    )  Mag.  07-0041 KJM
                                  )
11            Plaintiff,          )  STIPULATION AND ORDER
                                  )
12        v.                      )
                                  )
13   EDWARD RAHE KENDRICK,        )  Date:  June 19, 2008
                                  )  Time:  10:00 a.m.
14            Defendant.             Judge: Hon. Kimberly J. Mueller
     _____

15

16        The  United  States  of  America,  through  S.  Robert  Tice-Raskin,

17   Assistant United States Attorney, together with defendant, Edward Rahe

18   Kendrick,  by  and  through  his  counsel  Michael  Petrik,  Jr.,  Assistant

19   Federal  Defender,  stipulate  that  the  Court  vacate  the  probation

20   revocation hearing set for June 5, 2008, and reschedule it for June 19,

21   2008, at 10:00 a.m.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

1    Counsel for the defendant requests this continuance because he will

2  be out of the district on a pre-planned vacation during the originally

3  scheduled date.

4

5  Dated:  May 27, 2008                    Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7

8                                          /s/ M. Petrik

9                                          _____
                                           MICHAEL PETRIK, Jr.
                                           Staff Attorney
10                                         Attorney for Defendant
                                           EDWARD KENDRICK
11

12

13  Dated: May 29, 2008                    McGREGOR W. SCOTT
                                           United States Attorney
14
                                           /s/ S. Robert Tice-Raskin
15

16                                         _____
                                           S. ROBERT TICE-RASKIN
                                           Assistant U.S. Attorney
17

18

19                            O R D E R

20

21    IT IS SO ORDERED.

22  Dated:  May 29, 2008.

23                                         _____
                                           U.S. MAGISTRATE JUDGE
24

25

26

27

28

Stipulation and Order            -2-